**FILED**

MAY 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEFANIE CLUGSTON, Individually, and as Personal Representative of the Estate of Michael Clugston; FAITH HOPE CLUGSTON, individually,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>CITY OF GARDEN GROVE, a California Public Entity; TRAVIS HADDEN,<br><br>Defendants-Appellees. | No. 22-55203<br><br>D.C. No. 8:21-cv-01832-JVS-ADS Central District of California, Santa Ana<br><br>ORDER |

Before: HAWKINS, McKEOWN, and BUMATAY, Circuit Judges.

The panel has unanimously voted to deny the petition for panel rehearing.

Judge Bumatay has voted to deny the petition for rehearing en banc and Judges Hawkins and McKeown so recommend. The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Appellants' petition for panel rehearing and petition for rehearing en banc are denied.